# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ERIK KESSACK, a single man, *Plaintiff* v. WASHINGTON DEPARTMENT OF CORRECTIONS, a subsidiary of the State of Washington, et al., *Defendant* | Civil Action No. 2:19-CV-0423-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendants on the 42 U.S.C. § 1983 claims for malicious prosecution, false imprisonment, and First Amendment retaliation as well as corresponding state claims for malicious prosecution and false imprisonment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Defendants' Motion for Summary Judgment (ECF No. 17).

Date: July 7, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen